## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**CHERI DEXTER**                                                                  **PLAINTIFF**

**V.**                      **CASE NO.: 5:20-CV-5025**

**ANDREW M. SAUL, Commissioner,**
**Social Security Administration**                                       **DEFENDANT**

## JUDGMENT

**IT IS HEREBY ORDERED AND ADJUDGED** that for the reasons stated in the Magistrate Judge's Report and Recommendation, the Administrative Law Judge's decision is **AFFIRMED** and Plaintiff's case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED AND ADJUDGED** on this 17th day of December, 2020.

                                                              /s/ Timothy L. Brooks
                                                               TIMOTHY L. BROOKS
                                                               UNITED STATES DISTRICT JUDGE